**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Forged Components, Inc.  **V.**  Ricky Guzman

Appellate case number:   01-11-00563-CV

Trial court case number: 0846435

Trial court:             55th District Court of Harris County

Date motion filed:       July 10, 2013

Party filing motion:     Forged Components, Inc.

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Rebecca Huddle
                        ☐ Acting individually    ☒  Acting for the Court

Panel consists of: Justices Jennings, Massengale, and Huddle


Date:  August 2, 2013